No. 603. JAGELS, "A FUEL CORPORATION," *v.* TAYLOR COMPTROLLER OF THE CITY OF NEW YORK. January 29, 1940. *Per Curiam:* The motion to substitute Joseph D. McGoldrick, present Comptroller of the City of New York, as appellee in place of Frank J. Taylor is granted. The judgment is affirmed. *McGoldrick* v. *Berwind-White Coal Mining Co., ante,* p. 33; *McGoldrick* v. *Du Grenier, ante,* p. 70; *McGoldrick* v. *Felt & Tarrant Co., ante,* p. 70. *Mr. Marion B. Pierce* for appellant. *Mr. William C. Chanler* for appellee.